# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1693.  SEAN DRAKE v. THE STATE.**

A jury found Sean Drake guilty of armed robbery, aggravated assault, and kidnapping, and the trial court sentenced him in May 2003.  We affirmed his convictions on direct appeal.  *Drake v. State*, 266 Ga. App. 463 (597 SE2d 543) (2004).  In July 2016, he filed a motion to modify his sentence, which the trial court denied on July 19, 2016.  He then filed this direct appeal of the denial on August 29, 2016.  We lack jurisdiction.

Pretermitting whether Drake has a right of direct appeal from the trial court's order, we lack jurisdiction because his appeal is untimely.  Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the order to be appealed.  While Drake asserts that he did not initially receive notice of the trial court's order because it was sent to the wrong prison, the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000).[1]

---

[1] Further, a trial court's failure to timely notify a defendant of an order does not extend the time to file an appeal, and the proper remedy in such situations is to file in the trial court a motion to set aside the order or a motion for an out-of-time appeal. See *Veasley*, 272 Ga. at 838-839.

Here, Drake filed his notice of appeal 41 days after the trial court entered its order.  Accordingly, his appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__07/28/2017_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*